JOSEPH M. WARREN et al., as Surviving Trustees, etc., Respondents, *v.* THE BIGELOW BLUE STONE COMPANY, et al., Defendants.

In the Matter of the Application of HELEN M. KELLOGG, a Stockholder, Appellant.

(Argued April 23, 1894; decided May 4, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 6, 1893, which affirmed an order of Special Term denying an application by Helen M. Kellogg to intervene and be made a party defendant.

*L. Laflin Kellogg* for appellant.

*Henry A. King* for respondents.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

LOUIS BOURDON, Respondent, *v.* FRANCIS A. MARTIN, as Receiver, etc., Appellant.

(Argued April 23, 1894; decided May 4, 1894.)

APPEAL from order of the General Term of the Supreme Court in the third judicial department, made December 6, 1893, which affirmed an order of the Special Term directing the defendant personally to pay the costs of this action.

*J. W. Atkinson* for appellant.

*Thomas O'Connor* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.